# United States District Court

EASTERN DISTRICT OF WISCONSIN

Donna Maas

V.

**SUMMONS IN A CIVIL CASE**

Law Office of Mark A. Carey, P.C.

CASE NUMBER: 10-C-0350

TO: (Name and Address Defendant)

Law Office of Mark A. Carey, P.C.
338 Harris Hill Rd., Suite 100
Williamsville, NY 14221

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (Name and Address)

Timothy J. Sostrin
Legal Helpers, P.C.
233 S. Wacker Dr., Suite 5150
Chicago, IL 60606

an answer to the complaint which is served on you with this summons, within  21  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

JON W. SANFILIPPO
CLERK

4/22/10
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 16, 2010 |
| NAME OF SERVER Kathryn A. Tracey | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 338 Harris Hill Rd. Suite 100 Williamsville NY 14221

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/18/10
Date

Signature of Server: Kathryn A. Tracey

Address of Server: PO Box 916 Basom NY 14013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| UNITED STATES DISTRICT COURT; EASTERN DISTRICT OF WISCONSIN | Index No.: 10-C-0350 |
|---|---|
| | Date Purchased: 4/22/2010 |

DONNA MAAS

VS.

LAW OFFICE OF MARK A. CAREY, P.C.

Plaintiff

Defendant

## AFFIDAVIT OF SERVICE

State of New York          County of Niagara

I Kathryn A. Tracey, being duly sworn, depose and say: I am not a party herein, I am over 18 years of age and reside in New York State.

That on 6/16/2010 at 2:03 PM, I executed service of Summons and Complaint on LAW OFFICE OF MARK A. CAREY, P.C. at 338 HARRIS HILL ROAD, SUITE 100, WILLIAMSVILLE, NY 14221

Method of Service: Corporate Service

Person Served: OLIVERA RISTOVSKA, OFFICE MANAGER

Location of Service:   ☐ Place of Residence   ☒ Place of Business   ☐ Last Known Address

Physical Description: Race: BROWN  Sex: FEMALE  Age: 36-50 YRS.  Ht: 5'0"-5'3"  Wt: 100-130 LBS.  Hair: BLACK  Glasses: NO

☒ Papers were endorsed with the index number and date of purchase shown above.

☐ On _____, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelope marked Personal and Confidential in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ and Certified mail # _____

Subscribed and sworn to before me on  6/18/10

_____          _____
Notary Public                                       Kathryn A. Tracey

DAWN J. HALVORSEN
Notary Public - State of New York
No. 01-HA6166668
Qualified in Erie County
My Commission Exp. May 21, 20 11

APS#: 6456