UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONNA MAAS,

    Plaintiff,

vs.                                                     Case No. 10-CV-0350

LAW OFFICE OF MARK A. CAREY, P.C.,

    Defendant.

## CERTIFICATE OF INTEREST AND RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for defendant, Law Office of Mark A. Carey, P.C., furnishes the following information in compliance with Fed. R. Civ. P 7.1:

1. Full name of every party the attorney represents in a case:

   **Law Office of Mark A. Carey, P.C.**

2. 7.1(a)(1) Parent Corporations and Stockholders:

   a. Its parent corporation, if any;

   **None.**

   b. A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus:

   **None.**

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court:

   **Hinshaw & Culbertson LLP**

Dated this 12<u>th</u> day of July, 2010.

/s/ Brett B. Larsen
Brett B. Larsen
State Bar No. 1064355
David J. Hanus
State Bar No. 1027901
Attorneys for Defendant
Law Office of Mark A. Carey, P.C.
HINSHAW & CULBERTSON LLP
100 East Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202-4115
Phone No.: 414-276-6464
Fax No.: 414-276-9220
E-mail: dhanus@hinshawlaw.com
E-mail: blarsen@hinshawlaw.com