UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

---

Donna Maas,

    Plaintiff,

vs.

    Case No. 10-CV-0350

Law Office of Mark A. Carey, P.C.,

    Defendant.

---

### STIPULATION FOR DISMISSAL
---

    IT IS HEREBY AGREED by and between Plaintiff Donna Maas and Defendant Law Office of Mark A. Carey, P.C. that any and all claims by and between these parties in the above-captioned matter are hereby dismissed with prejudice and without cost to any party.

    Dated this 2nd day of March, 2011.

                                                        /s/ Timothy J. Sostrin
                                                        Timothy J. Sostrin
                                                        MACEY & ALEMAN, P.C./LEGAL HELPERS, PC
                                                        Attorneys for Plaintiff

Dated this 2nd day of March, 2011.

                                                <u>/s/ Brett B. Larsen</u>
Brett B. Larsen
State Bar No. 1064355
David J. Hanus
State Bar No. 1027901
Attorneys for Defendant
Law Office of Mark A. Carey, P.C.
HINSHAW & CULBERTSON LLP
100 East Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202-4115
Phone No.: 414-276-6464
Fax No.: 414-276-9220
E-mail: dhanus@hinshawlaw.com
E-mail: blarsen@hinshawlaw.com